UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CENTURYLINK COMMUNICATIONS, LLC, ET AL., | |
| Petitioners, | Case No. 3:24-cv-00181 |
| | Judge Eli J. Richardson |
| v. | Magistrate Judge Alistair E. Newbern |
| CATELLUS FIBER OPTICS, LLC, | |
| Respondent. | |

## ORDER

The Court has reviewed the proposed initial case management order filed by the parties (Doc. No. 27) and finds, based on the parties' representations made therein, that the initial case management conference set on April 10, 2024, should be continued until after Judge Richardson has resolved the pending motion to stay this action because there are related proceedings in other courts (Doc. No. 14).

Accordingly, the initial case management conference is CANCELLED. The parties shall file a joint motion to reset the initial case management conference no later than 7 days after Judge Richardson denies the requested stay or, if Judge Richardson grants the stay, no later than 7 days after the stay is lifted, if the action is to continue in this Court.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge